# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * <br>**IVELISSE NEGRON MOHLER,** <br>        **Plaintiff,** <br>**v.** <br>**UNITED STATES,** <br>        **Defendant.** <br>* * * * * * * * * * * * * * * * * * * * * * * | **No. 18-443C** <br>**Filed: March 10, 2020** |

## O R D E R

The court is in receipt of the parties' March 10, 2020 joint stipulation of dismissal with prejudice of the above-captioned case. Pursuant to Rule 41(a)(1)(A) of the Rules of the United States Court of Federal Claims (2019), this court **ORDERS** that this case be **DISMISSED** with prejudice, with each party to bear its own costs, including any attorneys' fees.

**IT IS SO ORDERED**.

                                                                    s/Marian Blank Horn
                                                                      **MARIAN BLANK HORN**
                                                                           **Judge**